UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:12-cv-1747-LRH-CWH |
| | ) | |
| **ADVANCED ARCHITECTURAL METALS, INC., AND ITS ALTER EGOS, ADVANCED METAL, INC., STEEL SPECIALTIES UNLIMITED, INC., AND AAM, AND LORI IRISH, AN INDIVIDUAL,** | ) ) ) ) ) | |
| | ) | |
| Respondents, | ) | ORDER |
| | ) | |
| and | ) | |
| | ) | |
| **LORI IRISH d/b/a BRIDAL ELEGANCE AND TUXEDOS,** | ) ) | |
| | ) | |
| Additional Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **JP MORGAN CHASE BANK NA,** | ) | |
| | ) | |
| Garnishee. | ) | |

**ORDER**

Upon the consideration of the *Ex Parte* Motion of the National Labor Relations Board (the "Board") for Order Directing Issuance of Clerk's Notice, and good cause appearing therefore, it is hereby

**ORDERED** that the Board's Motion is **GRANTED;** and it is

**ORDERED** that the Clerk of the Court shall promptly issue the proposed Clerk's Notice submitted by the Board as Doc. 11.

Dated this 24th day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE