UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) <br> ) <br>     Petitioner, ) <br> ) <br>     v. ) <br> ) <br> ADVANCED ARCHITECTURAL METALS, ) <br> INC., AND ITS ALTER EGOS, ADVANCED ) <br> METAL, INC., STEEL SPECIALTIES ) <br> UNLIMITED, INC., AND AAM, AND LORI ) <br> IRISH, AN INDIVIDUAL, ) <br> ) <br>     Respondents, ) <br> ) <br>     and ) <br> ) <br> LORI IRISH d/b/a BRIDAL ELEGANCE AND ) <br> TUXEDOS, ) <br> ) <br>     Additional Respondent, ) <br> ) <br>     and ) <br> ) <br> JP MORGAN CHASE BANK NA, ) <br> ) <br>     Garnishee. ) | Case No. 2:12-cv-1747-LRH-CWH <br><br><br><br> ORDER |

**ORDER**

Upon the consideration of the *Ex Parte* Motion of the National Labor Relations Board (the "Board") for Order Directing Issuance of Clerk's Notice, and good cause appearing therefore, it is hereby

**ORDERED** that the Board's Motion is **GRANTED;** and it is

**ORDERED** that the Clerk of the Court shall promptly issue the proposed Clerk's Notice submitted by the Board as Doc. 11.

Dated this 24th day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE