# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>           Petitioner,<br>    v.<br><br>ADVANCED ARCHITECTURAL METALS, INC., AND ITS ALTER EGOS, ADVANCED METAL, INC., STEEL SPECIALITIES UNLIMITED, INC., AND AAM, AND LORI IRISH a/k/a LORI IRISH d/b/a BRIDAL ELEGANCE AND TUXEDOS,<br><br>           Respondents,<br>   and<br><br>JP MORGAN CHASE BANK NA,<br><br>           Garnishee. | 2:12-cv-01747-LRH-CWH<br><br>ORDER |

Upon consideration of the National Labor Relations Board's Renewed Motion for an Order Compelling Compliance with the Board's Amended First Request for Production of Documents ("Renewed Motion") (doc. #28)[1] in the above captioned matter, and the response thereto, and good cause appearing,

IT IS ORDERED that the Board's Renewed Motion (#28) is GRANTED.

IT IS FURTHER ORDERED that Respondent Lori Irish shall, on or before July 1, 2013, fully comply with the Board's Amended First Request for Production of Documents by delivering written responses and responsive documents to the Board at its Region 28 offices at 600 Las Vegas Boulevard South, Suite 400, Las Vegas, Nevada 89101-6637.

---

[1] Refers to the court's docketing number.

1  IT IS FURTHER ORDERED that Lori Irish shall appear for a deposition in this matter at
2  the Office of the United States Attorney for the District of Nevada, located at 333 Las Vegas
3  Boulevard South, Suite 5000, Las Vegas, Nevada 89101, on the date and time to be set by the
4  Board on or before August 1, 2013.
5  IT IS FURTHER ORDERED that the Board shall have until thirty (30) days following
6  the conduct of Lori Irish's deposition to file a response to Lori Irish's Motion for Release of
7  Seized Funds (doc. 18).
8  IT IS FURTHER ORDERED that Lori Irish's failure to fully comply with this Order shall
9  result in the denial of her Motion for Release of Seized Funds, with prejudice.

IT IS SO ORDERED.

DATED this 4th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE