# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONAL LABOR RELATIONS BOARD,   )
)
               Petitioner,   )    Case No.  2:12-cv-01747-LRH-CWH
)
vs.   )    **ORDER**
)
LORI IRISH,   )
)
               Respondents.   )
_____   )

       This matter is before the Court on Respondent Lori Irish's ("Irish") Motion to Require this Court to Approve Subpoenas (#41) and Motion to Hold NLRB in Contempt (#42), both filed on August 15, 2013.  The Court finds that Irish failed to file points and authorities as required by Local Rule 7-2(a).  In fact, Irish does not cite any cases or Rules of Civil Procedure in support of her motions.  Therefore, the Court will deny these motions without prejudice.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Respondent Lori Irish's Motion to Require this Court to Approve Subpoenas (#41) is **denied**.

       **IT IS FURTHER ORDERED** that Respondent Lori Irish's and Motion to Hold NLRB in Contempt (#42) is **denied**.

       DATED this 22nd day of August, 2013.

                                                       _____
                                                       **C.W. Hoffman, Jr.**
                                                       **United States Magistrate Judge**