UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>              Plaintiff,<br><br>     v.<br><br>LORI IRISH; *et al.,*<br><br>              Defendants. | 2:12-cv-01747-LRH-CWH<br><br>ORDER |

Before the court is plaintiff the National Labor Relations Board's ("NLRB") motion for disbursement of funds pursuant to garnishment. Doc. #63.[1]

This is an action brought by the NLRB to obtain a post-judgment writ of garnishment against defendant Lori Irish ("Irish"). The debt underlying the NLRB's application is based on an August 10, 2011 judgment issued by the Ninth Circuit. On October 30, 2012, the court granted NLRB's ex-parte motion for an order directing issuance of clerk's notice of garnishment. Doc. #15.

In response, Irish filed a motion for release of seized funds (Doc. #18) which was denied by the court with prejudice (Doc. #53). In response, Irish appealed the court's decision. Doc. #59. Initially, the Ninth Circuit dismissed Irish's appeal for lack of jurisdiction. *See* Doc. #62. Thereafter, the NLRB filed the present motion for disbursement of funds. Doc. #63. However, since the filing of the motion, Irish filed a motion for reconsideration with the Ninth Circuit which

---

[1] Refers to the court's docket entry number.

1  was granted. *See* Doc. #70. As such, this action is still on appeal. Accordingly, the court shall deny
2  the NLRB's motion without prejudice.
3
4     IT IS THEREFORE ORDERED that plaintiff's motion for disbursement of funds
5  (Doc. #63) is DENIED without prejudice.
6     IT IS SO ORDERED.
7     DATED this 21st day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE