# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONAL LABOR RELATIONS BOARD,  ) Case No. 2:12-cv-01747-LRH-CWH
       Petitioner, )
    v. )
LORI IRISH, ) **ORDER**
       Respondent. )

Presently before the Court is Respondent Lori Irish's motion for permission to appeal *in forma pauperis* (ECF No. 85), filed on January 12, 2018. This document appears to have been misfiled with the District Court. The document heading for Respondent's motion is "UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT," and the motion is accompanied by a form which is published by the Court of Appeals. This Court cannot respond to documents intended for the Court of Appeals. The Court will therefore strike the motion.

IT IS THEREFORE ORDERED that the Clerk shall STRIKE Respondent Lori Irish's motion for permission to appeal *in forma pauperis* (ECF No. 85).

DATED: January 17, 2018

                                                            C.W. Hoffman, Jr.
                                                          United States Magistrate Judge