UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                                                        Petitioner,<br>     v.<br>LORI IRISH,<br><br>                                                        Respondent. | Case No. 2:12-cv-01747-LRH-CWH<br><br>ORDER |

On July 9, 2018, petitioner, the National Labor Relations Board ("NLRB"), had previously filed a motion seeking an indicative ruling while this case was before the Ninth Circuit on appeal. (ECF No. 89). The indicative ruling sought to correct a November 17, 2017 order from this Court (ECF No. 83) that had incorrectly applied an older version of N.R.S. §21.90(1)(z), which was in effect approximately three weeks before the Court's order. As a result, the Court found that only $1,000 – not $10,000 as mandated in the revised statute – of respondent Lori Irish's money in a JP Morgan Chase bank account was exempt from disbursement to the NLRB. (ECF No. 83 at 1). At the time of the Court's previous order, the Chase account in question contained approximately $2,319.58. (ECF No. 83 at 1). The Court subsequently granted the NLRB's motion on August 7, 2018, and stated that it would enter a corrected order once jurisdiction was returned to this Court.[1] (ECF No. 93). On October 19, 2018, the Ninth Circuit remanded Irish's appeal back to this Court for the limited purpose of entering an order pursuant to the August 7 indicative ruling. (ECF No. 94). Good cause appearing,

///

---

[1] The Court granted the NLRB's motion over Irish's objections.

1

1  IT IS THEREFORE ORDERED that the Court's November 17, 2017 order (ECF No. 83)
2  is **VACATED**.
3  IT IS FURTHER ORDERED that the NLRB is directed to remit $1,319.58 to Irish within
4  **30 days** of entry of this order.
5  IT IS FURTHER ORDERED that Garnishee JP Morgan Chase Bank NA is directed to
6  release any remaining funds, not to exceed $7,680.42, from the garnished account to Irish.
7  IT IS FURTHER ORDERED that Garnishee JP Morgan Chase Bank NA is directed to
8  release the remaining funds in the garnished account, not to exceed 2,567,974.02, to the NLRB.
9  IT IS SO ORDERED.
10  DATED this 5th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE